FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 08-cv-02300-WYD

FREDRICK ABRAM,

    Petitioner,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: May 31, 2013.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02300 WYD

Denver District Court
Denver City & County Building
1437 Bannock St., Rm 256
Denver, CO 80202

Fredrick Abram
# 43737
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  06/05/2013 .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
      Deputy Clerk